# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                  §
                                        §
Keith M Lany                            §   Case No. 14-01021
                                        §
           Debtor                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/14/2014. The undersigned trustee was appointed on 01/14/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    24,476.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 583.07 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $    23,892.93

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  12/10/2014  and the deadline for filing governmental claims was  12/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,197.60 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,197.60 , for a total compensation of $ 3,197.60 $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.44 , for total expenses of $ 6.44 $^{2}$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/08/2018            By:/s/Joji Takada, Chapter 7 Trustee
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-01021 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Keith M Lany | | | | Date Filed (f) or Converted (c): | 01/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/10/2014 |
| For Period Ending: | 01/08/2018 | | | | Claims Bar Date: | 12/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16233 S. River Rd. Plainfield | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. 16223 S. River Rd. Plainfield, Il | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. 250 Hanover St. Hammond, In | 18,000.00 | 7,160.00 | OA | 0.00 | FA |
| 4. Harris Bank-Checking | 500.00 | 500.00 | | 0.00 | FA |
| 5. Harris-Savings-Security Deposits | 200.00 | 200.00 | | 0.00 | FA |
| 6. 3 Bdrm Sets, 2 Living Rm Sets, 1 Dining Rm Set And 4 Tv's | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Used Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 8. Merrill Lynch-401K | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. 1995 Camero  -  130,000 Miles; Does Not Work | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 1997 Jeep Wrangler -- 150,000 Miles, Faulty Transmission | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11. Trailer | 200.00 | 0.00 | | 0.00 | FA |
| 12. 2013 Dodge Caravan | 17,000.00 | 4,755.00 | | 0.00 | FA |
| 13. John Deere Lawnmower, Doesnt Run | 400.00 | 0.00 | | 0.00 | FA |
| 14. Rent Income (u) Rental income from 16223 South River Road, Plainfield, Illinois | 0.00 | 0.00 | | 5,100.00 | FA |
| 15. Tax refund (u) 2013 Federal refund | 0.00 | 13,580.00 | | 13,580.00 | FA |
| 16. Other Litigation (u) Post-petition contempt penalty re failure to comply | 0.00 | 19,500.00 | | 5,796.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $386,150.00 | $47,195.00 | | $24,476.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaiting compliance with contempt order. - Joji Takada 11/30/2014

Entered judgment against debtor for funds not turned over to estate, contempt fees, attorney fees, and failure to obey court order; Debtor working to provide funds to trustee in reasonable time. - Joji Takada 4/8/2015

Commenced adversary to revoke discharge. - Joji Takada 7/30/2015

Settlement discussions with Debtor re: payments. -  Joji Takada 11/30/2015

Settlement with debtor approved - Joji Takada 7/24/2016

Hiring accountant re tax returns.  - Joji Takada 11/20/2016

Investigating necessity of tax returns. - Joji Takada 3/15/2017

Hiring accountant re tax returns. - Joji Takada 8/1/2017

Preparing tax returns. - Joji Takada 12/15/2017


Initial Projected Date of Final Report (TFR): 01/14/2015        Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-01021 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Keith M Lany | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9934 |
| | Checking |
| Taxpayer ID No: XX-XXX0648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/08/2018 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8392 | Transfer of Funds | 9999-000 | $3,950.00 | | $3,950.00 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,940.00 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,930.00 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,920.00 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,910.00 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,900.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,890.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,880.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,870.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,860.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,850.00 |
| 01/06/16 | | Keith Lany | Settlement payment Installment payment re settlement of adversary | | $10,516.00 | | $14,366.00 |
| | | | Gross Receipts           $10,516.00 | | | | |
| | 14 | | Rent Income              $3,825.00 | 1222-000 | | | |
| | 15 | | Tax refund               $6,691.00 | 1224-000 | | | |

Page Subtotals:                                                                                                   $14,466.00         $100.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-01021 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Keith M Lany | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9934 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,356.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.82 | $14,337.18 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.94 | $14,317.24 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.29 | $14,295.95 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.57 | $14,275.38 |
| 05/11/16 | | Keith Lany | Settlement payment Final payment from Debtor re: settlement of revocation of discharge adversary | | $10,000.00 | | $24,275.38 |
| | | | Gross Receipts  $10,000.00 | | | | |
| | 14 | | Rent Income  $1,275.00 | 1222-000 | | | |
| | 15 | | Tax refund  $2,929.00 | 1224-000 | | | |
| | 16 | | Other Litigation  $5,796.00 | 1249-000 | | | |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.29 | $24,244.09 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.88 | $24,209.21 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.99 | $24,173.22 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.94 | $24,137.28 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.73 | $24,102.55 |

Page Subtotals:  $10,000.00  $263.45

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-01021  
Case Name: Keith M Lany  
Taxpayer ID No: XX-XXX0648  
For Period Ending: 01/08/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9934  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.83 | $24,066.72 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.63 | $24,032.09 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.73 | $23,996.36 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.68 | $23,960.68 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.18 | $23,928.50 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.57 | $23,892.93 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $24,466.00 | $573.07 |
| Less: Bank Transfers/CD's | $3,950.00 | $0.00 |
| Subtotal | $20,516.00 | $573.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,516.00 | $573.07 |

Page Subtotals: $0.00    $209.62

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-01021
Case Name: Keith M Lany
Taxpayer ID No: XX-XXX0648
For Period Ending: 01/08/2018

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8392
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/14 | 15 | Keith Lany | Settlement payment Partial settlement payment re tax refund | 1224-000 | $3,960.00 | | $3,960.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,950.00 |
| 01/26/15 | | Transfer to Acct # xxxxxx9934 | Transfer of Funds | 9999-000 | | $3,950.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,960.00 | $3,960.00 |
| Less: Bank Transfers/CD's | $0.00 | $3,950.00 |
| Subtotal | $3,960.00 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,960.00 | $10.00 |

Page Subtotals: $3,960.00   $3,960.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit B

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8392 - Checking | $3,960.00 | $10.00 | $0.00 |
| XXXXXX9934 - Checking | $20,516.00 | $573.07 | $23,892.93 |
| | $24,476.00 | $583.07 | $23,892.93 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,476.00 |
| Total Gross Receipts: | $24,476.00 |

Page Subtotals:            $0.00           $0.00

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 14-01021  
Debtor Name: Keith M Lany  
Claims Bar Date: 12/10/2014

Date: January 17, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $3,197.60 | $3,197.60 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $6.44 | $6.44 |
| 100 2700 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3110 | Takada Law Office, LLC<br>6336 N Cicero Ave #201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $936.00 | $936.00 |
| 1 300 7100 | Banco Popular North America<br>8523 Commodity Cir Ste 100<br>Orlando, Fl 32819 | Unsecured | | $0.00 | $16,827.62 | $16,827.62 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $10,983.41 | $10,983.41 |
| 3 300 7100 | Nicor Gas<br>Po Box 549<br>Aurora Il 60507 | Unsecured | | $0.00 | $166.25 | $166.25 |
| 4 300 7100 | Asset Accept Llc Assign Bank Of America<br>Midland Credit Management, Inc. As Agent For Asset Acceptance Llc<br>Po Box 2036<br>Warren, Mi 48090 | Unsecured | | $0.00 | $14,380.73 | $14,380.73 |
| | Case Totals | | | $0.00 | $46,848.05 | $46,848.05 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-01021
Case Name: Keith M Lany
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 23,892.93

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,197.60 | $ 0.00 | $ 3,197.60 |
| Trustee Expenses: Joji Takada | $ 6.44 | $ 0.00 | $ 6.44 |
| Attorney for Trustee Fees: Takada Law Office, LLC | $ 936.00 | $ 0.00 | $ 936.00 |
| Charges: US Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses $ 4,490.04

Remaining Balance $ 19,402.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,358.01  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Banco Popular North America | $ 16,827.62 | $ 0.00 | $ 7,708.21 |
| 2 | CAPITAL ONE BANK (USA), N. A. | $ 10,983.41 | $ 0.00 | $ 5,031.16 |
| 3 | Nicor Gas | $ 166.25 | $ 0.00 | $ 76.15 |
| 4 | Asset Accept Llc Assign Bank Of America | $ 14,380.73 | $ 0.00 | $ 6,587.37 |

Total to be paid to timely general unsecured creditors          $            19,402.89

Remaining Balance                                              $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE