# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| Keith M Lany | § § | Case No. 14-01021 |
| Debtor | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee        , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 356,360.00                     Assets Exempt: 29,790.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  19,402.89     Claims Discharged
                                                 Without Payment:  777,272.12

Total Expenses of Administration:  5,073.11

---

3) Total gross receipts of $ 24,476.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 24,476.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 460,408.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,073.11 | 5,073.11 | 5,073.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 293,909.00 | 42,358.01 | 42,358.01 | 19,402.89 |
| **TOTAL DISBURSEMENTS** | $ 754,317.00 | $ 47,431.12 | $ 47,431.12 | $ 24,476.00 |

    4)  This case was originally filed under chapter 7 on  01/14/2014 .  The case was pending for 54 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/08/2018              By:/s/Joji Takada, Chapter 7 Trustee
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent Income | 1222-000 | 5,100.00 |
| Tax refund | 1224-000 | 13,580.00 |
| Other Litigation | 1249-000 | 5,796.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,476.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally P.O. Box 380903 Minneapolis, MN 55438 | | 12,245.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Banco Populr 9600 W Bryn Mawr A 3rd Floor Des Plaines, IL 60018 | | 18,735.00 | NA | NA | 0.00 |
| | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 | | 251,882.00 | NA | NA | 0.00 |
| | Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 | | 37,032.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 140,514.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 460,408.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,197.60 | 3,197.60 | 3,197.60 |
| Joji Takada | 2200-000 | NA | 6.44 | 6.44 | 6.44 |
| Associated Bank | 2600-000 | NA | 573.07 | 573.07 | 573.07 |
| The Bank of New York Mellon | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| US Bankruptcy Court Clerk | 2700-000 | NA | 350.00 | 350.00 | 350.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Takada Law Office, LLC | 3110-000 | NA | 936.00 | 936.00 | 936.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,073.11 | $ 5,073.11 | $ 5,073.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 12,245.00 | NA | NA | 0.00 |
| | Asset Acceptance Llc (Original Creditor: Po Box 1630 Warren, MI 48090 | | 13,439.00 | NA | NA | 0.00 |
| | Banco Popular 120 Broadway Fl 16 New York, NY 10271 | | 16,752.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 12,584.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 500.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 11,068.00 | NA | NA | 0.00 |
| | Cap One Pob 30281 Salt Lake City, UT 84130 | | 7,222.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | 4,284.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | 4,862.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 4,430.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,811.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 5,130.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 4,021.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 22,800.00 | NA | NA | 0.00 |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | 4,956.00 | NA | NA | 0.00 |
| | Law Offices of Robert F. Kramer 16210 S. Lincoln Highway Suite 200 Plainfield, IL 60586 | | 2,500.00 | NA | NA | 0.00 |
| | Levine Wittenburg & Shugan 18400 Maple Creek Dr. 600 Tinley Park, IL 60477 | | 2,000.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 514.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 330.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Midland Funding (Original Creditor:Hsbc 8875 Aero Dr Ste 200 San Diego, CA 92123 |  | 6,705.00 | NA | NA | 0.00 |
|  | Nicor Gas 1844 Ferry Road Naperville, IL 60563 |  | 75.00 | NA | NA | 0.00 |
|  | Ucs/Citi Po Box 6241 Sioux Falls, SD 57117 |  | 14,808.00 | NA | NA | 0.00 |
|  | Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 |  | 37,032.00 | NA | NA | 0.00 |
|  | Wfhm 7255 Baymeadows Wa Po Box 10335 Des Moines, IA 50306 |  | 0.00 | NA | NA | 0.00 |
|  | Wlsfgr Hmmtg 7255 Baymeadows Wa Jacksonville, FL 32256 |  | 101,841.00 | NA | NA | 0.00 |
| 4 | Asset Accept Llc Assign Bank Of America | 7100-000 | NA | 14,380.73 | 14,380.73 | 6,587.37 |
| 1 | Banco Popular North America | 7100-000 | NA | 16,827.62 | 16,827.62 | 7,708.21 |
| 2 | CAPITAL ONE BANK (USA), N. A. | 7100-000 | NA | 10,983.41 | 10,983.41 | 5,031.16 |
| 3 | Nicor Gas | 7100-000 | NA | 166.25 | 166.25 | 76.15 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 293,909.00 | $ 42,358.01 | $ 42,358.01 | $ 19,402.89 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-01021 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Keith M Lany | | | | Date Filed (f) or Converted (c): | 01/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/10/2014 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 12/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16233 S. River Rd. Plainfield | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. 16223 S. River Rd. Plainfield, Il | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. 250 Hanover St. Hammond, In | 18,000.00 | 7,160.00 | OA | 0.00 | FA |
| 4. Harris Bank-Checking | 500.00 | 500.00 | | 0.00 | FA |
| 5. Harris-Savings-Security Deposits | 200.00 | 200.00 | | 0.00 | FA |
| 6. 3 Bdrm Sets, 2 Living Rm Sets, 1 Dining Rm Set And 4 Tv's | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Used Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 8. Merrill Lynch-401K | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. 1995 Camero  -  130,000 Miles; Does Not Work | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 1997 Jeep Wrangler -- 150,000 Miles, Faulty Transmission | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11. Trailer | 200.00 | 0.00 | | 0.00 | FA |
| 12. 2013 Dodge Caravan | 17,000.00 | 4,755.00 | | 0.00 | FA |
| 13. John Deere Lawnmower, Doesnt Run | 400.00 | 0.00 | | 0.00 | FA |
| 14. Rent Income (u)  Rental income from 16223 South River Road, Plainfield, Illinois | 0.00 | 0.00 | | 5,100.00 | FA |
| 15. Tax refund (u)  2013 Federal refund | 0.00 | 13,580.00 | | 13,580.00 | FA |
| 16. Other Litigation (u)  Post-petition contempt penalty re failure to comply | 0.00 | 19,500.00 | | 5,796.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $386,150.00 | $47,195.00 | | $24,476.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaiting compliance with contempt order. - Joji Takada 11/30/2014

Entered judgment against debtor for funds not turned over to estate, contempt fees, attorney fees, and failure to obey court order; Debtor working to provide funds to trustee in reasonable time. - Joji Takada 4/8/2015

Commenced adversary to revoke discharge. - Joji Takada 7/30/2015

Settlement discussions with Debtor re: payments. - Joji Takada 11/30/2015

Settlement with debtor approved - Joji Takada 7/24/2016

Hiring accountant re tax returns. - Joji Takada 11/20/2016

Investigating necessity of tax returns. - Joji Takada 3/15/2017

Hiring accountant re tax returns. - Joji Takada 8/1/2017

Tax returns deemed unnecessary; TFR in process with UST. - Joji Takada 12/15/2017


Initial Projected Date of Final Report (TFR): 01/14/2015         Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-01021 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Keith M Lany | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9934 |
| | Checking |
| Taxpayer ID No: XX-XXX0648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8392 | Transfer of Funds | 9999-000 | $3,950.00 | | $3,950.00 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,940.00 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,930.00 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,920.00 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,910.00 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,900.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,890.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,880.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,870.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,860.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,850.00 |
| 01/06/16 | | Keith Lany | Settlement payment Installment payment re settlement of adversary | | $10,516.00 | | $14,366.00 |
| | | | Gross Receipts　　$10,516.00 | | | | |

Page Subtotals: $14,466.00　　$100.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-01021  
Case Name: Keith M Lany  
Taxpayer ID No: XX-XXX0648  
For Period Ending: 06/08/2018

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9934  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 14 | | Rent Income $3,825.00 | 1222-000 | | | |
| | 15 | | Tax refund $6,691.00 | 1224-000 | | | |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,356.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.82 | $14,337.18 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.94 | $14,317.24 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.29 | $14,295.95 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.57 | $14,275.38 |
| 05/11/16 | | Keith Lany | Settlement payment<br>Final payment from Debtor re: settlement of revocation of discharge adversary | | $10,000.00 | | $24,275.38 |
| | | | Gross Receipts $10,000.00 | | | | |
| | 14 | | Rent Income $1,275.00 | 1222-000 | | | |
| | 15 | | Tax refund $2,929.00 | 1224-000 | | | |
| | 16 | | Other Litigation $5,796.00 | 1249-000 | | | |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.29 | $24,244.09 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.88 | $24,209.21 |

Page Subtotals: $10,000.00   $156.79

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-01021 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Keith M Lany | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX9934 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX0648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $35.99 | $24,173.22 |
| 09/08/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $35.94 | $24,137.28 |
| 10/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $34.73 | $24,102.55 |
| 11/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $35.83 | $24,066.72 |
| 12/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $34.63 | $24,032.09 |
| 01/09/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $35.73 | $23,996.36 |
| 02/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $35.68 | $23,960.68 |
| 03/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $32.18 | $23,928.50 |
| 04/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $35.57 | $23,892.93 |
| 03/18/18 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 |  | $3,197.60 | $20,695.33 |
| 03/18/18 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 |  | $6.44 | $20,688.89 |
| 03/18/18 | 1003 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Final distribution per court order. | 2700-000 |  | $350.00 | $20,338.89 |

|  |  |  |  | Page Subtotals: | $0.00 | $3,870.32 |  |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-01021 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Keith M Lany | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX9934 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0648 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 1004 | Takada Law Office, LLC<br>6336 N Cicero Ave #201<br>Chicago, Illinois 60646 | Final distribution per court order. | 3110-000 | | $936.00 | $19,402.89 |
| 03/18/18 | 1005 | Banco Popular North America<br>8523 Commodity Cir Ste 100<br>Orlando, Fl 32819 | Final distribution per court order. | 7100-000 | | $7,708.21 | $11,694.68 |
| 03/18/18 | 1006 | CAPITAL ONE BANK (USA), N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $5,031.16 | $6,663.52 |
| 03/18/18 | 1007 | Nicor Gas<br>Po Box 549<br>Aurora Il 60507 | Final distribution per court order. | 7100-000 | | $76.15 | $6,587.37 |
| 03/18/18 | 1008 | Asset Accept Llc Assign Bank Of America<br>Midland Credit Management, Inc.<br>As Agent For Asset Acceptance Llc<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution per court order. | 7100-000 | | $6,587.37 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $24,466.00 | $24,466.00 |
| Less: Bank Transfers/CD's | $3,950.00 | $0.00 |
| Subtotal | $20,516.00 | $24,466.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,516.00 | $24,466.00 |

Page Subtotals: $0.00  $20,338.89

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-01021 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Keith M Lany | Bank Name: | The Bank of New York Mellon |
| | Account Number/CD#: | XXXXXX8392 |
| | | Checking |
| Taxpayer ID No: XX-XXX0648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/14 | 15 | Keith Lany | Settlement payment Partial settlement payment re tax refund | 1224-000 | $3,960.00 | | $3,960.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,950.00 |
| 01/26/15 | | Transfer to Acct # xxxxxx9934 | Transfer of Funds | 9999-000 | | $3,950.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $3,960.00 | $3,960.00 |
| Less: Bank Transfers/CD's | $0.00 | $3,950.00 |
| Subtotal | $3,960.00 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,960.00 | $10.00 |

Page Subtotals: $3,960.00    $3,960.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8392 - Checking | $3,960.00 | $10.00 | $0.00 |
| XXXXXX9934 - Checking | $20,516.00 | $24,466.00 | $0.00 |
|  | $24,476.00 | $24,476.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,476.00 |
| Total Gross Receipts: | $24,476.00 |